IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACQUELINE HAMPSHIRE, et al.      :        CIVIL ACTION
                                  :
          v.                      :
                                  :
PHILADELPHIA HOUSING              :
ADMINISTRATION, et al.            :        NO. 17-4423

## ORDER

AND NOW, this 14th day of February, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1)  the motion of plaintiffs "to exceed the twenty-five page length for their summary judgment opposition brief" (Doc. # 53) is GRANTED;

(2)  the motion of plaintiffs for leave "to file a surresponse opposition brief to the defendants motion for summary judgment" (Doc. # 57) is GRANTED; and

(3)  the motion of defendants for summary judgment against plaintiffs (Doc. # 50) is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                              J.